# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Steven Corby
**CASE NUMBER:** 11-46976-pjs

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

The purpose of this amendment is to:

[ ]  Add creditors to schedules(s) _____. How many? _____
(Use second page of this form to list creditors added).

> [ X ]  **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ]  Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ X ]  Other: (Provide detail of amendment) <u>Amended Schedules B & C to include tax return for the years 2010 and 2011</u>

[ ]  **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ ]  **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:						Please change to:
_____				_____
_____				_____
_____				_____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:						Please change to:
_____				_____
_____				_____
_____				_____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:						Please change to:
_____				_____
_____				_____
_____				_____


Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Address _____
_____
_____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____
_____

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: /s/ Thomas L. Beadle
THOMAS L. BEADLE (P39203) Name of Attorney
445 S. Livernois Road, Suite 305
Rochester Hills, MI 48307
(248) 650-6094, ext. 18; (248) 650-6095, fax
tbeadle@bbssplc.com

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ Steven Corby
Name of Debtor

Signature: _____
Name of Joint Debtor, if applicable

B6B (Official Form 6B) (12/07)

In re *Steven Corby* , Case No. *11-46976-pjs*
                      Debtor(s)   AMENDED                                       (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand<br>Location: In debtor's possession | | $ 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase checking account<br>Location: In debtor's possession | | $ 81.00 |
| | | Comerica Checking account<br>Location: In debtor's possession | | $ 508.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings<br>Location: In debtor's possession | | $ 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures<br>Location: In debtor's possession | | $ 100.00 |
| 6. Wearing apparel. | | Wearing Apparel<br>Location: In debtor's possession | | $ 2,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs<br>Location: In debtor's possession | | $ 300.00 |

Page  1  of  4 

In re **Steven Corby**, Debtor(s)    Case No. **11-46976-pjs** (If known)

AMENDED

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA<br>Location: In debtor's possession | | $ 4,001.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2010 Tax Refund<br>State - $811.00<br>Federal - $93.00<br>Location: In debtor's possession<br><br>2011 Tax Refund<br>State - $400.00<br>Federal - $100.00<br>Location: In debtor's possession | | $ 904.00<br><br><br><br>$ 500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Page __2__ of __4__

In re _Steven Corby_ ,  Case No. _11-46976-pjs_
Debtor(s)   (if known)

AMENDED

## SCHEDULE B—PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | Car Location: In debtor's possession | | $ 3,750.00 |
| | | Truck Location: In debtor's possession | | $ 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment Location: In debtor's possession | | $ 500.00 |
| | | Work supplies Location: In debtor's possession | | $ 500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Tools Location: In debtor's possession | | $ 750.00 |

Page _3_ of _4_

In re _Steven Corby_ ,  Case No. _11-46976-pjs_
　　　　Debtor(s)　　　AMENDED　　　　　　　　　　　　　(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | | |

Page _4_ of _4_　　　　　　　　　　　　　　　　　　　　　　　Total → $ 20,894.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re *Steven Corby*,                                   Case No. *11-46976-pjs*
       Debtor(s)   AMENDED                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on Hand | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |
| Chase checking account | 11 USC 522(d)(5) | $ 81.00 | $ 81.00 |
| Comerica Checking account | 11 USC 522(d)(5) | $ 508.00 | $ 508.00 |
| Household goods and furnishings | 11 USC 522(d)(3) | $ 4,000.00 | $ 4,000.00 |
| Pictures | 11 USC 522(d)(3) | $ 100.00 | $ 100.00 |
| Wearing Apparel | 11 USC 522(d)(3) | $ 2,500.00 | $ 2,500.00 |
| Golf clubs | 11 USC 522(d)(5) | $ 300.00 | $ 300.00 |
| IRA | 11 USC 522(d)(10)(E) | $ 2,013.00 | $ 4,001.00 |
| 2010 Tax Refund<br>State - $811.00<br>Federal - $93.00 | 11 USC 522(d)(5) | $ 904.00 | $ 904.00 |
| 2011 Tax Refund<br>State - $400.00<br>Federal - $100.00 | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |
| Car | 11 USC 522(d)(2)<br>11 USC 522(d)(5) | $ 2,650.00<br>$ 1,100.00 | $ 3,750.00 |
| Truck | 11 USC 522(d)(5) | $ 2,000.00 | $ 2,000.00 |
| Office equipment | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |

Page No. *1* of *2*

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re _Steven Corby_____,
    Debtor(s)

Case No. _11-46976-pjs___
(if known)

AMENDED

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Work supplies | 11 USC 522(d)(6) | $ 500.00 | $ 500.00 |
| Tools | 11 USC 522(d)(5) | $ 750.00 | $ 750.00 |

Page No. __2__ of __2__

\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.